P-9011

# IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## MACOUPIN COUNTY, ILLINOIS

PROGRESSIVE NORTHERN INS. CO. )
a/s/o FRED GASS, )
)
        Plaintiff, ) No. 2018LM161
)
vs. ) SHERIFF PLEASE SERVE:
)
PAUL SELHIME, ) Paul Selhime
) 610 Buzz Ln.
        Defendant. ) Virden, IL 62690

## SUMMONS

To each defendant:

You are hereby summoned and required to appear before this court at

Macoupin County Courthouse, 201 E. Main St., Carlinville, IL Courtroom _____

at __9:30__ o'clock __am__, on __1/7/19__, to answer the complaint in this case, a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT. E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than 3 days before day of appearance. . If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 3 days before the day of appearance.

WITNE __12/11/2018__, 2018

s/ Lisa Ross
of Court

Name: _____ & Associates, P.C.      Date of service: _____, 2018
Attorney for Plaintiff     (To be inserted by officer on copy left with
Address: 77 W. Washington, Ste. 1525     defendant or other person)
City: Chicago, Illinois 60602
Telephone No: 312/419-1600
**Service by Facsimile Transmission will be accepted at _____
                                              (Area Code) (Facsimile Telephone Number)

CLERK OF THE 7th JUDICIAL CIRCUIT COURT

Exhibit A

P-9011

FILED
12/11/2018 2:52 PM
LEE ROSS
CLERK OF THE CIRCUIT COURT
MACOUPIN COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE 7TH JUDICIAL CIRCUIT
MAUCOUPIN COUNTY, ILLINOIS

| | |
|---|---|
| PROGRESSIVE NORTHERN INS. COMPANY a/s/o FRED GASS, <br><br> Plaintiff, <br><br> v. <br><br> PAUL SELHIME, <br><br> Defendant. | No. 2018LM161 <br><br> Amount Claimed: $12,636.12 <br> Plus costs |

## COMPLAINT AT LAW

NOW COMES the plaintiff, PROGRESSIVE NORTHERN INSURANCE COMPANY, by and through its attorneys, DEUTSCHMAN & ASSOCIATES, P.C., and pursuant to *Illinois Compiled Statutes Chapter 735, §5/2-403*, complains of the defendant, PAUL SELHIME, as follows:

1. On and prior to August 7, 2017, plaintiff was a reciprocal insurance exchange organized and existing under the laws of the County of Cook, State of Illinois and duly authorized to do business there.

2. On and prior to August 7, 2017, plaintiff issued a policy of insurance, which contained among other things, a deductible collision clause and medical payment provision to FRED GASS. The policy was in full force and effect on August 7, 2017, and contained a provision that in the event of any payment under the deductible collision clause and medical payment provision by plaintiff, plaintiff would be subrogated to all rights of its insured against third parties on account of the damages for which payment was made.

3. On and prior to August 7, 2017, plaintiff, by virtue of the deductible collision clause and medical payment provision of the policy of insurance, was required and did pay to FRED GASS, the sum of Twelve Thousand Six Hundred Thirty-Six Dollars and Twelve Cents

($12,636.12) for property damages sustained to the insured's vehicle and bodily injuries personally sustained by FRED GASS in the accident described below. As a result, plaintiff was and is subrogated to any and all rights then existing in FRED GASS against the defendant by reason of the accident. The defendant had timely notice of the subrogation interest. Plaintiff is the actual bona fide subrogee of any and all rights of FRED GASS and the cause of action of FRED GASS against the defendant by reason of the accident.

4. That on and prior to August 7, 2017, the alley located behind S. Church ran in a generally southerly direction at or near 123 S. Church Street in the City of Virden, County of Macoupin and State of Illinois.

5. That on August 7, 2017, the plaintiff's insured, FRED GASS, operated, managed and controlled a certain motor vehicle that was traveling southbound in the alley at or near the aforementioned location, when plaintiff's insured vehicle was struck by the defendant's vehicle in the aforementioned City, County and State.

6. That on August 7, 2017, the defendant, PAUL SELHIME, operated, managed and controlled a certain motor vehicle that was attempting to travel eastbound in the alley at or near the aforementioned location, when he collided with the plaintiff's insured vehicle in the aforementioned City, County and State.

7. That on August 7, 2017, the defendant, PAUL SELHIME, had a duty to exercise ordinary care at all times to avoid placing himself or others in danger and to exercise ordinary care at all times to avoid a collision.

8. That on August 7, 2017, the defendant, PAUL SELHIME, was then and there guilty of one or more of the following negligent acts and/or omissions by:

a. Failing to yield the right-of-way to approaching traffic when entering the roadway from a alley, building, private road or alley, in violation of Chapter 625, Section 5/11-906 of the Illinois Compiled Statutes;
b. Failing to yield the right-of-way;
c. Operating his automobile at a speed greater than was reasonable and proper under the existing circumstances;
d. Failing to keep a proper lookout for other automobiles on the public streets; and
e. Failing to maintain control of his vehicle.

9. As a direct and proximate result of one or more or all of the acts or omissions of defendant, PAUL SELHIME, defendant's vehicle was caused to and did collide with the plaintiff's insured vehicle, striking it with such great force as to cause damages to the insured vehicle and bodily injury to plaintiff's insured driver.

10. Under the terms of the deductible collision clause and medical payment provision, plaintiff became obligated to and did expend the sum of Twelve Thousand Six Hundred Thirty-Six Dollars and Twelve Cents ($12,636.12) to the plaintiff's insured, FRED GASS. The payments were made necessary because of the negligence on the part of the defendant, PAUL SELHIME.

WHEREFORE, the plaintiff, PROGRESSIVE NORTHERN INSURANCE COMPANY, asks for judgment against the defendant, PAUL SELHIME, in the fair and reasonable sum of Twelve Thousand Six Hundred Thirty-Six Dollars and Twelve Cents ($12,636.12), plus the costs of this action.

Respectfully submitted,

DEUTSCHMAN & ASSOCIATES, P.C.

s/Abbey Lerner

Attorney for Plaintiff

Abbey Lerner
Abbey@deutschmanlaw.com
DEUTSCHMAN & ASSOCIATES, P.C.
77 W. Washington Street - Suite 1525
Chicago, IL 60602
(312) 419-1600
Atty. No. 6317772

4

**Elite Process Serving, Inc.**
16106 Route 59, Suite 200
Plainfield, IL 60586
Ph: (630) 299-4600
Fax: (630) 299-4601




*474214*

**Server Information**
Abe-Cravens Detective Agency, Inc.
Box 13311
Springfield IL 62791
Ph: 217-725-2135 -
Fax: 240-214-5369

## DEADLINE: 12/20/2018

Received: 12/13/2018

**JOB: 474214**

| | |
|---|---|
| Court: | STATE OF ILLINOIS, COUNTY OF COOK |
| CaseNo: | None |
| Plf: | Fox Valley Laborers' Health and Welfare Fund and Fox Valley Laborers' Pension Fund |
| Def: | Hugh Henry Construction, Inc., et al. |
| Docs: | Mechanics Lien Claim |

Recipient: Newmark Midwest Region, LLC, c/o Illinois Corporation Service Company

1. 801 Adlai Stevenson Drive, Springfield, IL 62703

SPECIAL INSTRUCTIONS: SERVICE HOURS 7 AM TO 10 PM === ATTEMPT EVERY 24-36 HOURS UNTIL COMPLETED OR 7 ATTEMPTS === OBTAIN SIGNATURE AND DATE OF BIRTH ON WORK ORDER OR WRITE REFUSED === SERVE REGISTERED AGENT OR OBTAIN A LETTER AUTHORIZING ===

Date of Service:_____     Time of Service:_____
Service Type:   Personal:_____   Substitute:_____   Corporate:_____   Non-Service:_____   Posting:_____
Person Served:_____     Relationship/Title:_____
Sex:_____   Race:_____   Hair Color:_____   Age:_____   Height:_____   Weight:_____
Addl Info:_____

### ATTEMPTS

1) _____
2) _____
3) _____
4) _____
5) _____
6) _____
7) _____

Client: Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich
File: 192/467
Requestor: Carlan Coleman
8 South Michigan Avenue, 19th Floor
Chicago IL 60603
Ph: 312-372-1361 - Fax: 312-372-6599

I ACKNOWLEDGE RECEIPT OF THE LEGAL DOCUMENTS LISTED ABOVE AND CONFIRM THAT THE NAMED PARTY IS NOT CURRENTLY IN ACTIVE MILITARY SERVICE. I FURTHER STATE THAT I AM AUTHORIZED TO ACCEPT ALL LEGAL PROCESS ON BEHALF OF THE INTENDED RECIPIENT.

Rec'd By
X_____